# In the United States Court of Federal Claims

No. 06-28T
(Filed February 14, 2007)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
|   |
|---|
| **RADIOSHACK CORPORATION,** |
| Plaintiff, |
| v. |
| **THE UNITED STATES,** |
| Defendant. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\* \* \* \*

**ORDER GRANTING JOINT MOTION FOR LEAVE TO
FILE SUPPLEMENTAL BRIEFING WITH THE COURT**

On February 9, 2007, the parties, through electronic mail, jointly moved this Court for leave to file supplemental briefing to their motions for summary judgment.  Good cause having been shown, the motion is **GRANTED**.  Defendant shall file it's brief by **March 9, 2007**, and Plaintiff shall file its brief by **March 23, 2007**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS
Judge**